IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Arthur Hardy, | ) |
| *Plaintiff,* | ) ) ) ) ) |
| -vs- | ) No. 16-cv-5561 ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, | ) Judge Alonso ) ) ) |
| *Defendants.* | ) |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

It is stipulated between the parties, by their respective undersigned counsel, that this action is dismissed with prejudice and without costs pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Suite Rear
Chicago, IL 60643
(773)233-7900
*An attorney for plaintiff*

/s/ Allyson West (with consent)
Allyson West, ASA
500 Richard J. Daley Center
Chicago, IL 60602
*An attorney for defendant Cook County and defendant Sheriff*